George M. Clyde, Appellant, v. Brooklyn Union Elevated Railroad Company, Respondent.— Motions denied, without costs.    Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Mary Davies, Plaintiff, v. Barnet Teplisky and Others, Defendants. Elizabeth M. Brooks, Appellant, v. Joseph Zuckert, Respondent.— Motion to resettle order granted, without costs.   Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Robert Dooling, an Infant, by Agnes Dooling, His Guardian ad Litem, Appellant, v. The City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Mary C. Flynn and Others, Appellants, v. John C. Judge, Respondent. — Motion to resettle order granted, without costs.   Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

John J. Gordon, Respondent, v. Law Reporting Company, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

In the Matter of the Mechanic's Lien Filed by Keshin, Blitstein & Company against Beckerman Construction Company, etc.— Appeal dismissed, with ten dollars costs and disbursements.   Present — Jenks, P. J., Hirschberg, Thomes, Carr and Woodward, JJ.

In the Matter of the Application of Leo J. Lambert for Admission to the Bar.— Application granted.   Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

In the Matter of the Application of the Village of Bronxville for a Writ of Certiorari Directed to Frank W. Stevens and Others, as Commissioners, etc., to Compel Acceptance by The New York Central and Hudson River Railroad Company of Notice of Appeal, etc.— Motion to compel acceptance of notice of appeal denied, without costs.   Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

In the Matter of Jennie Perkins Williams, an Alleged Incompetent Person.— Motion denied, without costs.   Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ. .

The Long Island Railroad Company, Respondent, v. Mary T. Mulry and Others, Appellants.— Motion denied, without costs.   Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Nicolina Macioce, as Administratrix, etc., Appellant, v. William A. Johnston, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Daniel McMullen, Respondent, v. John Arbuckle and Another, Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs.   Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Herman J. Meyers, Respondent, v. North American Watch Company, Appellant.— Motion granted, without costs, and order modified by striking out the provision for a new trial.   Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.